UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
WELITON ASSIS DOS SANTOS, JR.

                Plaintiff,

       -against-

NVR, INC. d/b/a RYAN HOMES and A&D
REAL ESTATE DEVELOPMENT, LLC

               Defendants.
--------------------------------------------------------X

**ORDER**

7: 22-cv-5182 (CS)

<u>Seibel, J.</u>

    The venue for this case lies in the Western District of New York, and with the consent of Plaintiff's counsel, the Clerk of the Court is respectfully directed to transfer this case to the United States District Court for the Western District of New York. The waiting period in Local Civil Rule 83.1 is waived.

    **SO ORDERED.**

Dated: June 29, 2022
      White Plains, New York

                                                            Cathy Seibel, U.S.D.J.